1

2

3

4

5

6

7           **UNITED STATES DISTRICT COURT**

8               **DISTRICT OF NEVADA**

9

10  SLEP-TONE ENTERTAINMENT
    CORPORATION,
11                                              Case No. 2:12-CV-00239-KJD-RJJ
            Plaintiff,
12                                              **ORDER**
    v.
13
    ELLIS ISLAND CASINO & BREWERY,
14  *et al*.,

15          Defendants.

16

17          Before the Court is the Motion to Dismiss (#21) of Defendants Caesars Entertainment Corp.,

18  Corner Investment Co., LLC d/b/a Bill's Gamblin' Hall & Saloon, Harrah's Imperial Palace Corp.

19  d/b/a Imperial Palace Hotel & Casino, and Harrah's Las Vegas, LLC (collectively, the "Caesars

20  Defendants"). Defendant KJ's Bar & Grill has jointed this Motion (#31). No opposition has been

21  filed and the Caesars Defendants have notified the court that there was no opposition (#48).

22          District of Nevada Local Rule 7-2(d) states, in relevant part, that: "[t]he failure of an

23  opposing party to file points and authorities in response to any motion shall constitute a consent to

24  the granting of the motion." D. Nev. L.R. 7-2(d). Defendant filed the Motion on March 21, 2012.

25  Plaintiff's response was due no later than April 9, 2012. The Motion appears to be supported by good

26  cause.

Accordingly, **IT IS HEREBY ORDERED THAT** the Caesars Defendants' Motion (#21) is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the complaint against Defendants Caesars Entertainment Corp., Corner Investment Co., LLC d/b/a Bill's Gamblin' Hall & Saloon, Harrah's Imperial Palace Corp. d/b/a Imperial Palace Hotel & Casino, and Harrah's Las Vegas, LLC and KJ's Bar & Grill is **DISMISSED** without prejudice.

DATED this 4th day of May 2012.

_____
Kent J. Dawson
United States District Judge