1

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9

10   SLEP-TONE ENTERTAINMENT
     CORPORATION,
11                                              Case No. 2:12-CV-00239-KJD-RJJ
             Plaintiff,
12                                              **ORDER**
     v.
13
     ELLIS ISLAND CASINO & BREWERY,
14   *et al.*,

15           Defendants.

16

17          Before the Court is the Motion to Dismiss (#35) and Motion to Sever (#36) of Defendants

18   Gilley's Las Vegas and Treasure Island, LLC. No opposition has been filed. Defendants Dave Corral,

19   Mike Corral, Showtyme Karaoke & DJ, Ghost Rider's Inc. d/b/a Calico Jack's Saloon, and Mike

20   Gordon (the "Showtyme Defendants"), Defendant Johnny Valenti, and Defendant Gold Spike

21   Holdings, LLC have joined this motion (#60, #63 #64).[1]

22          Also before the Court is the Motion to Dismiss (#38) and Motion to Sever (#39) of

23   Defendants NP Boulder, LLC and NP Palace, LLC. No opposition has been filed. The Showtyme

24   Defendants and Johnny Valenti have joined this motion (#61, #63).

25   _____

26          [1] The parties are reminded that  District of Nevada Special Order 109 requires that "[a] separate document must
     be filed for each type of document or purpose."

1  District of Nevada Local Rule 7-2(d) states, in relevant part: "[t]he failure of an

2  opposing party to file points and authorities in response to any motion shall constitute a consent to

3  the granting of the motion." D. Nev. L.R. 7-2(d).

4  Despite extensions granted to Plaintiff (#51, #58, #58) and despite the recent Order (#55)

5  granting another Defendants' unopposed motion to dismiss in this case, Plaintiff has failed to timely

6  respond to the motions to dismiss and motions to sever.

7  Accordingly, **IT IS HEREBY ORDERED THAT** the Motion to Dismiss (#35) of

8  Defendants Gilley's Las Vegas and Treasure Island, LLC is **GRANTED** and that the Motion to

9  Sever (#36) is **DENIED** as moot.

10  **IT IS FURTHER ORDERED THAT** the Motion to Dismiss (#38) of Defendants NP

11  Boulder, LLC and NP Palace, LLC is **GRANTED** and that the Motion to Sever (#39) is **DENIED** as

12  moot.

13  **IT IS FURTHER ORDERED THAT** Defendants Dave Corral, Mike Corral, Showtyme

14  Karaoke & DJ, Ghost Rider's Inc. d/b/a Calico Jack's Saloon, Mike Gordon, Johnny Valenti, and

15  Gold Spike Holdings, LLC are **DISMISSED**.

16  DATED this 21st day of May 2012.

17

18

19  _____

20  Kent J. Dawson
   United States District Judge

21

22

23

24

25

26

2