UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>ELLIS ISLAND CASINO & BREWERY, *et al*.,<br><br>      Defendants. | Case No. 2:12-CV-00239-KJD -RJJ<br><br>**ORDER** |

On July 9, 2012, the Court provided notice of its intent to dismiss for failure to serve certain parties in this action (## 86, 87). Plaintiff Slep-Tone Entertainment Corporation has filed a notice (#95) stating that is has no objection to the dismissal of the unserved parties.

Accordingly, **IT IS HEREBY ORDERED THAT** Defendants Big Nails, LLC, Beauty Bar, Las Vegas DJ Service, E String Grill & Poker Bar, PCA Trauth, LLC, Karaoke Las Vegas, Jack Greenback, Kenny Angel, Steve & Ray Karaoke, Legends Casino, Pugdawgs, LLC, Putters, Lisa/Carrison Ltd, Kixx Bar, Boulder Station Casino, Palace Station, Dansing Karaoke, Treasure

Island, Half Shelf Seafood ,Gaming, and Half Shelf, LLC, James Bellamy, Mega-Music Productions, Mr. D's Sports Bar, Sports Bar, LLC, Rick Dominguez, Sound Select, Island Grill, Jake's Bar, Doc, G. & G., Inc., Red Label Lounge, Red Label Bar, Inc., Terry-Oke Karaoke, L.T. Bond, Inc., Tim Miller, Vision & Sound Entertainment, Thunderbird Lounge and Bar, Aruba Hotel and Spa, Irvington Properties, LLC, Thunderbird Bar & Lounge, LLC, Audio Therapy DJ, Matte McNulty, Audio Therapy, GSTI Holdings, LLC, Mardi Gras Lounge - Best Western, The Nevadian, LLC, Best Western Mardi Gras Inn, J.P.P.J. of Nevada, Inc., TJ's All-Star Karaoke, John Menniti, Steve, Ray, Kirk, and Roll 'n' Mobile DJ's and Karaoke Too are **DISMISSED** from this action.

DATED this 8th day of August 2012.

_____
Kent J. Dawson
United States District Judge