James M. Harrington, *pro hac vice*
  jharrington@harringtonlawpc.com
HARRINGTON LAW, P.C.
P.O. Box 403
Concord, NC 28026-0403
Tel.: (704) 315-5800 / Fax: (704) 625-9259

Kerry P. Faughnan, Esq.
(Nevada Bar No. 12204)
kerry.faughnan@gmail.com
P.O. BOX 335361
North Las Vegas, NV 89033
Tel: (702) 310-3096 / Fax: (702) 331-4222

*Attorneys for Plaintiff*
Slep-Tone Entertainment Corporation

Mark G. Tratos (Nevada Bar No. 1086)
Lauri S. Thompson (Nevada Bar No. 6846)
Peter H. Ajemian (Nevada Bar No. 9491)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Tel: (702) 792-3773 / Fax: (702) 792-9002

*Attorneys for Defendant*
Fame Operating Company, Inc.
  d/b/a Ellis Island Casino & Brewery

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Slep-Tone Entertainment Corporation,<br>    Plaintiff,<br><br>        v.<br><br>Ellis Island Casino and Brewery, *et al.*,<br>    Defendants. | Case No.:  2:12cv00239-KJD-NJK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

- 1 -
**STIPULATION OF VOLUNTARY DISMISSAL**

The Plaintiff, Slep-Tone Entertainment Corporation, and Defendant Fame Operating Company, Inc. d/b/a Ellis Island Casino and Brewery, by their respective undersigned counsel, hereby give notice pursuant to Fed. R. Civ. P. 41(a) of their stipulation of a voluntary dismissal of the action between them, <u>with prejudice</u>.

Respectfully submitted this the 22nd day of March, 2013.

**HARRINGTON LAW, P.C.**

By:   /s/
James M. Harrington
P.O. Box 403
Concord, NC 28026-0403
(704) 315-5800

Attorney for Plaintiff
Slep-Tone Entertainment Corporation

**GREENBERG TRAURIG, LLP**

By:   /s/
Peter H. Ajemian (Nevada Bar No. 9491)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773

Attorney for Defendant
Fame Operating Company, Inc.
   d/b/a Ellis Island Casino and Brewery

IT IS SO ORDERED

_____
Hon. Kent Dawson
United States District Judge
03/25/2013